**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHEILA FELICIANO,**

      **Plaintiff,**

-vs-                                                    Case No. 6:10-cv-1325-Orl-31KRS

**POWERS PHYSICIAN GROUP, INC. and**
**JORGE L. GARCIA,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Joint Motion to Approve Settlement Agreement and to Dismiss Case With Prejudice (Doc. No. 17) filed December 10, 2010.

On December 29, 2010, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Joint Motion to Approve Settlement Agreement and to Dismiss Case With Prejudice is **GRANTED** in part. The Court finds that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores*, 679 F.2d at 1354.

3.    In accordance with the Settlement Agreement, Defendants shall pay $3,500.00 to Plaintiff. Counsel for Plaintiff is prohibited from withholding any portion of the amount payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4.  Counsel for Plaintiff shall provide a copy of this order to Plaintiff and file with the court proof of such service.

5.  This case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce the settlement agreement. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 19th day of January, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party